# United States Bankruptcy Court
## District of Maine

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> RDM Enterprises, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> DBA DR STEREO; DBA Snowman Property Services, LLC | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 75-3201166 and 01-0518444 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 239 Buxton Road <br> Saco, ME <br> ZIP Code 04072 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> C/O Robert Morowski, Jr. <br> 51 Lucky's Run <br> Standish, ME <br> ZIP Code 04084 | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | 239 Buxton Road <br> Saco, ME 04072 |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | RDM Enterprises, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
RDM Enterprises, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ William A. Fogel
Signature of Attorney for Debtor(s)

William A. Fogel 7435
Printed Name of Attorney for Debtor(s)

Cope Law Firm
Firm Name

P.O. Box 1398
Portland, ME 04104

Address

Email: copefilings@copelegal.com
207-772-7491  Fax: 207-772-7428
Telephone Number

August 18, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert D. Morowski
Signature of Authorized Individual

Robert D. Morowski
Printed Name of Authorized Individual

Owner/President
Title of Authorized Individual

August 18, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Maine

In re  RDM Enterprises, Inc.
　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Bank<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Business Credit Card | | 14,540.07 |
| CitiBank, N.A./Business Visa<br>P.O. Box 6013<br>Sioux Falls, SD 57117-6013 | CitiBank, N.A./Business Visa<br>P.O. Box 6013<br>Sioux Falls, SD 57117-6013 | Business Credit Card | | 14,514.69 |
| D&D Earthworks<br>P.O. Box 1022<br>Scarborough, ME 04070 | D&D Earthworks<br>P.O. Box 1022<br>Scarborough, ME 04070 | Sub-Contractor | | 8,975.00 |
| Dead River<br>P.O. Box 467<br>Scarborough, ME 04070-0467 | Dead River<br>P.O. Box 467<br>Scarborough, ME 04070-0467 | Oil Bill - Diesel Bill | Disputed | 4,960.76 |
| Eastern Salt<br>134 Middle St.<br>Lowell, ME 01852 | Eastern Salt<br>134 Middle St.<br>Lowell, ME 01852 | Salt | | 3,809.00 |
| Garrett Girard<br>41 Bull Moose Lane<br>Lyman, ME 04002 | Garrett Girard<br>41 Bull Moose Lane<br>Lyman, ME 04002 | Sub-Contractor | | 4,095.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Tax Assessments - | | 5,300.00 |
| International Salt<br>655 Northern Blvd, P.O. Box 540<br>Clarks Summit, PA 18411-0540 | International Salt<br>655 Northern Blvd, P.O. Box 540<br>Clarks Summit, PA 18411-0540 | Salt | | 7,053.10 |
| Kenwood USA<br>P.O. Box 22745<br>Long Beach, CA 90801-5745 | Kenwood USA<br>P.O. Box 22745<br>Long Beach, CA 90801-5745 | Inventory and Product - Trade Debt<br>Dr Stereo | | 7,392.80<br>(0.00 secured) |
| Maine Revenue Services<br>24 State House Station<br>Augusta, ME 04333-0024 | Maine Revenue Services<br>24 State House Station<br>Augusta, ME 04333 | | | 12,000.00 |
| Mike Myrick<br>24 Marcelle Ave.<br>S. Portland, ME 04106 | Mike Myrick<br>24 Marcelle Ave.<br>S. Portland, ME 04106 | Subcontractor | | 4,459.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  RDM Enterprises, Inc. _____  Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Moosehorn Land Co, Inc. d/b/a Peasley & O'Halloran Construction 122 Otis Road Ellsworth, ME 04605 | Gregory Dorr, Esq. Moosehorn Land Co, Inc. d/b/a Peasley & O'Halloran Construction 122 Otis Road Ellsworth, ME 04605 | Disputed invoice | Disputed Subject to Setoff | 29,950.00 |
| On Deck Capital/The Business Backer 10101 Alliance Road Suite 140 Cincinnati, OH 45242 | On Deck Capital/The Business Backer 10101 Alliance Road Suite 140 Cincinnati, OH 45242 | Business Loan | Disputed | 17,883.76 |
| Pit Stop Fuels 125 Ossipee Trail East Standish, ME 04084 | Pit Stop Fuels 125 Ossipee Trail East Standish, ME 04084 | Fuel for Equipment | | 3,783.31 |
| Rays Trucking 305 Bradley St. Saco, ME 04072 | Rays Trucking 305 Bradley St. Saco, ME 04072 | Truck/Loader Repairs/ Equipment Hauling | | 4,762.98 |
| Rocco Leo II, Inc. 7 Bridges Drive Scarborough, ME 04074 | Rocco Leo II, Inc. 7 Bridges Drive Scarborough, ME 04074 | Disputed invoice | Disputed Subject to Setoff | 10,300.00 |
| Super Media P.O. Box 619009 DFW Airport, TX 75261-9009 | Super Media P.O. Box 619009 DFW Airport, TX 75261-9009 | Advertising | | 10,326.79 |
| Superior Trucking 169 Yorkwoods Rd. S. Berwick, ME 03908 | Superior Trucking 169 Yorkwoods Rd. S. Berwick, ME 03908 | salt/ sand | | 10,620.87 |
| Time Warner Cable 15746 Collections Center Dr. Chicago, IL 60693 | Time Warner Cable 15746 Collections Center Dr. Chicago, IL 60693 | Advertising | | 3,722.00 |
| Wright Express P.O. Box 6293 Carrol Stream, IL 60197-6293 | Wright Express P.O. Box 6293 Carrol Stream, IL 60197-6293 | Fuel for Equipment | | 9,622.06 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 18, 2011 _____  Signature  /s/ Robert D. Morowski _____
                                                                                                 Robert D. Morowski
                                                                                                 Owner/President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                      18 U.S.C. §§ 152 and 3571.

Abbott Bros
P.O. Box 7
Cape Neddick, ME 03902

Abco Rental
35 Bradley Dr. Stop 2
Westbrook, ME 04092

Access Self Storage
50 Gorham Road
South Portland, ME 04106

ADT
P.O. Box 650485
Dallas, TX 75265-0485

Arc Audio
4719 Green Leaf Circle #4
Modesto, CA 95356

Associated Recovery Systems
ARS National Services, Inc.
P.O. Box 469046
Escondido, CA 92029

Atlantic Coast Radio
779 Warren Ave
Portland, ME 04103

Bangor Savings Bank
P.O. Box 930
Bangor, ME 04402-0930

Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710

Busque Construction
P.O. Box 1270
Windham, ME 04062


Capital One
P.O. Box 71083
Charlotte, NC 28272-1083


Card Service International
5251 Westheimer Rd
Houston, TX 77056-5404


Central Maine Power
P.O. Box 1084
Augusta, ME 04332-1084


Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank
P.O. Box 71083
Charlotte, NC 28272-1083


CitiBank, N.A./Business Visa
P.O. Box 6013
Sioux Falls, SD 57117-6013


Clipper Magazine
3708 Hempland Rd.
Mountville, PA 17554


D&D Earthworks
P.O. Box 1022
Scarborough, ME 04070

Dan Knight, Esq.
83 Pine Ridge Road
North Yarmouth, ME 04097


Dan McCullom
Address unknown


Daniel T. Rush, Esq.
129 Fletcher Street
Kennebunk, ME 04043


Dead River
P.O. Box 467
Scarborough, ME 04070-0467


Eastern Salt
134 Middle St.
Lowell, ME 01852


Farrell, Rosenblatt & Russell
Attn: Gregory Dorr, Esq.
61 Main Street
P.O. Box 788
Bangor, ME 04402


Ford Motor Credit
P.O. Box 94380
Palatine, IL 60094-4380


FTL Finance
FTL Capital B125 P.O. Box790051
St. Louis, MO 63179-0051


Garrett Girard
41 Bull Moose Lane
Lyman, ME 04002

Gene A. Carey
P.O. Box 2281
South Portland, ME 04116-2281


Gorham Savings Bank
10 Wentworth Drive
Gorham, ME 04038


Handyman Rental
357 Riverside St.
Portland, ME 04103


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265-0280


Imperial Sales
P.O. Box 15293
Newark, NJ 07192-5293


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


International Salt
655 Northern Blvd, P.O. Box 540
Clarks Summit, PA 18411-0540


Interstate Batteries
P.O. Box 482
Windham, ME 04062


Joseph Lavopa
55 Maple Avenue
Scarborough, ME 04074

Kelly, Remmel & Zimmerman
Attn: Barry Zimmerman, Esq.
53 Exchange Street
P.O. Box 597
Portland, ME 04112


Kenwood USA
P.O. Box 22745
Long Beach, CA 90801-5745


Kubota Credit
14855 F.A.A. Blvd.
Fort Worth, TX 76155


Les Wilson Excavation
P.O. Box 1028
Westbrook, ME 04098-1028


Local Edge
61 John Muir
Amherst, NY 14228


M.E.M.I.C.
P.O. Box 11409
Portland, ME 04104


Maine Natural Gas
P.O. Box 99
Brunswick, ME 04011


Maine Revenue Services
24 State House Station
Augusta, ME 04333


Maine Revenue Services
24 State House Station
Augusta, ME 04333-0024

Market Tech Media
27220 Turnbury Lane, Suite 190
Valencia, CA 91355


Melissa Morowski
51 Lucky's Run
Standish, ME 04084


Michael S. Haenn, Esq.
88 Hammond Street
PO Box 915
Bangor, ME 04402-0915


Mike Myrick
24 Marcelle Ave.
S. Portland, ME 04106


Mobil Mini Storage
P.O. Box 79149
Phoenix, AZ 85062-9149


Moosehorn Land Co, Inc.
d/b/a Peasley & O'Halloran Construction
122 Otis Road
Ellsworth, ME 04605


New England Transmission
85 Chambers Ave.
S. Portland, ME 04106


On Deck Capital/The Business Backer
10101 Alliance Road Suite 140
Cincinnati, OH 45242


One Communications
2150 Holmgren Way
Green Bay, WI 54304

Pamela Waite, Esq.
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006


Pearce & Dow, LLC
P.O. Box 108
Portland, ME 04112-0108


Peerless Ins.
P.O. Box 2050
Keene, NH 03431


Pit Stop Fuels
125 Ossipee Trail East
Standish, ME 04084


Portland Broadcasting
420 Western Ave,
South Portland, ME 04106


Portland Press Herald
One City Center
Portland, ME 04101


Portland Radio Group
420 Western Avenue
South Portland, ME 04106


Puget Sound Leasing
P.O. Box 1295
Issaquah, WA 98027


Rays Trucking
305 Bradley St.
Saco, ME 04072

Rent-It
1097 Center Street
Auburn, ME 04210


Robert & June Morowski
239 Buxton Rd.
Saco, ME 04072


Robert Morowski, Jr.
51 Lucky's Run
Standish, ME 04084


Rocco Leo II, Inc.
7 Bridges Drive
Scarborough, ME 04074


Rolf Olsen Comp
P.O. Box 171
Raymond, ME 04071


Seacoast Security
P.O. Box A
W. Rockport, ME 04865


Sheffield Financial
P.O. Box 580229
Charlotte, NC 02825-8029


Skelton, Taintor & Abbott
Attn: James Belleau
95 Main Street
Auburn, ME


Steve Howard Trucking
142 Holmes Rd
Scarborough, ME 04074

Super Media
P.O. Box 619009
DFW Airport, TX 75261-9009


Superior Trucking
169 Yorkwoods Rd.
S. Berwick, ME 03908


Sylvester Electronics
16 Dexter St
Cumberland, RI 02864


Tele-Check Service, Inc
P.O. Box 60028
City of Industry, CA 91716-0028


The Best Reps
50 Old Post Rd.
Newington, NH 03801


Time Warner Cable
15746 Collections Center Dr.
Chicago, IL 60693


Time Warner Cable
P.O. Box 368
Syracuse, NY 13057-0368


Town of Scarborough
P.O. Box 360
Scarborough, ME 04070-0360


Tricia A. Swann, Esq.
Obermayer, Rebman, Maxwell & Hippell LLP
1617 JFK Blvd.
Suburban Station, 19th Floor
Philadelphia, PA 19103

Union Farm Equipment
Attn: Ken
1893 Heald Hwy, Route 17
Union, ME 04862


United Financial Corp, LLC (Idea Audio)
2670 106th st, Suite 200
Urbandale, IA 50322


USM - Transfield Service Group
Attn: Lauren N. Amato, Esq.
1880 Markley Street
Norristown, PA 19401


USM Services, Inc.
1880 Markley Street
Norristown, PA 19401


Valley Natural Gases
c/o Joseph, Mann & Creed
20600 Chagrin Falls Blvd. Suite 550
Beachwood, OH 44122-5340


Wal-Mart Stores, Inc
Attn:  Matthew Burgess-Legal Dept.
702 S.W. 8th Street
Bentonville, AR 72716-0215


Weirs Motors
1513 Portland Rd.
Arundel, ME 04106


Wiers Motors
1513 Portland Rd.
Arundel, ME 04106


Woodman Edmands, et al.
234 Main Street, P.O. Box 468
Biddeford, ME 04005

Wright Express
P.O. Box 6293
Carrol Stream, IL 60197-6293